DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHRISTOPHER BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-958

_____

September 24, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Hillsborough County; Michelle Sisco, Judge.

Christopher Brown, pro se.

PER CURIAM.

     Affirmed.

LaROSE, KHOUZAM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.